EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
BENÍTEZ SUGAR CO., acusada y apelante.

No. 4617.—*Sometido*: Enero 15, 1932. *Resuelto*: Enero 19, 1932.

*González Fagundo & González Jr.*, abogados de la apelante; *R. A. Gómez, Fiscal*, abogado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La acusada fué convicta de una infracción de la sección 14 de la Ley de Pesas y Medidas tal como fué enmendada en 1921, leyes de ese año página 179, a virtud de acusación en que se alegaba que la referida acusada tenía en su central y la usaba para pesar caña entregada por sus colonos, una báscula de plataforma que registraba pesos falsos.

La central, al tiempo del supuesto delito, se hallaba bajo la dirección y dominio exclusivos de otra corporación que se había hecho cargo de ella como condición previa a la concesión de anticipos para la zafra ya en curso. El único derecho o privilegio retenido por la acusada como dueña de la propiedad era el de examinar informes semanales preparados por la corporación que operaba y regía la central. La báscula había sido instalada recientemente.

Bajo las circunstancias, no puede declararse responsable a la corporación acusada por las condiciones defectuosas de la báscula. Dentro del significado del estatuto, ella no usó, ni permitió, ni hizo que se usara o mantuviera en su estable-

cimiento, ninguna báscula, utensilio o aparato que no se ajustaba a los requisitos estatutorios.

*Debe revocarse la sentencia apelada.*